1  Scott J. Sagaria (Bar No. 217981)
     *sjsagaria@sagarialaw.com*
2  Elliot W. Gale (Bar No. 263326)
     *egale@sagarialaw.com*
3  Joe B. Angelo (Bar No. 268542)
     *jangelo@sagarialaw.com*
4  Scott M. Johnson (Bar No. 287182)
5    *sjohnson@sagarialaw.com*
   SAGARIA LAW, P.C.
6  3017 Douglas Blvd., Ste. 100
   Roseville, CA 95661
7  408-279-2288 ph
8  408-279-2299 fax

9  Attorneys for Plaintiff
   KATHERINE LEE COLLIER

10
11 Michael A. Angel (Bar No. 59085)
     *mangel@mmhllp.com*
   Zachary J. Brown (Bar No. 241837)
12   *zbrown@mmhllp.com*
13 MESERVE, MUMPER & HUGHES LLP
   800 Wilshire Blvd., Suite 500
14 Los Angeles, California 90017
   Telephone:  (213) 620-0300
15 Facsimile:   (213) 625-1930

16 Attorneys for Defendant
   LENDINGUSA, LLC
17

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KATHERINE COLLIER,<br><br>   Plaintiff,<br><br>vs.<br><br>LENDINGUSA, LLC,<br><br>   Defendant. | Case No. 5:17-CV-05406-LHK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE DISMISSAL WITH PREJUDICE**<br>[Fed.R.Civ.P. Rule 41(a)(1)(A)(ii)] |

///

///

///

1   IT IS HEREBY STIPULATED by and between all parties in the above-captioned proceedings (hereinafter the "Action"), including Katherine Collier ("Plaintiff") and LendingUSA, LLC ("Defendant"), sometimes described collectively herein as the "Parties," as follows:

WHEREAS on or about August 26, 2016, Defendant made an unsecured loan to Plaintiff of approximately five thousand dollars ($5,000.00); and

WHEREAS on or about September 18, 2017, Plaintiff commenced this Action by filing her Complaint for Damages for (1) Violation of the Rosenthal Fair Debt Collection Practices Act and (2) Violation of the Telephone Consumer Protection Act; and

WHEREAS Plaintiff alleged in the Action that Defendant violated the law by repeatedly trying to contact Plaintiff, without her consent, between March 2017 and June 2017;

WHEREAS Defendant denies all liability in connection with the Action; and

WHEREAS the Parties entered into a written Confidential Settlement Agreement and Release on March 19, 2018 (the "Settlement") which permanently resolves all disputes in connection with the Action; and

WHEREAS the Parties agreed in the Settlement that each party shall bear its own attorney's fees and costs incurred in connection with the Action; and

WHEREAS the Parties would request that this Court retain jurisdiction to enforce the terms of the Settlement; and

WHEREAS the Parties agree that the effectiveness of this Stipulation shall be expressly contingent upon the Court's issuance of an Order dismissing the entire Action with prejudice while retaining jurisdiction to enforce the terms of the Settlement;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1  NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, by and through their respective counsel of record, pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), to dismissal of the entire Action, with prejudice, with respect to all Parties named and all claims for relief asserted therein; the Parties further stipulate that each shall bear its own attorney's fees and costs; the Parties further stipulate to request that this Court retain jurisdiction to enforce the terms of the Settlement and that this Stipulation shall become effective only when the Court issues an Order in which it dismisses the Action and retains jurisdiction to enforce the terms of the Settlement.

IT IS SO STIPULATED.

Dated: April 17, 2018

SAGARIA LAW, P.C.
Scott J. Sagaria
Elliot W. Gale
Joe B. Angelo
Scott M. Johnson

By: /s/ Elliot Gale
Attorneys for Plaintiff
Katherine Lee Collier

Dated: ~~March 21, 2018~~ April 5, 2018

MESERVE, MUMPER & HUGHES LLP
Michael A. Angel
Zachary J. Brown

By: [signature]
Attorneys for Defendant
LendingUSA, LLC

162810.1

Case No. 5:17-CV-05406-LHK
STIPULATION AND [~~PROPOSED~~] ORDER
RE DISMISSAL WITH PREJUDICE

[~~PROPOSED~~] ORDER

Based on the foregoing Stipulation, and good cause appearing therefor, the Court now orders that the Action designated as Case No. 5:17-CV-05406-LHK be, and hereby is, DISMISSED WITH PREJUDICE with respect to all parties named and all claims for relief asserted therein.

The Court further orders that Plaintiff Katherine L. Collier and Defendant LendingUSA, LLC shall bear their own attorney's fees and costs incurred in connection with the Action.

The Court further orders that the Court shall retain jurisdiction to enforce the terms of the written Confidential Settlement Agreement and Release into which Plaintiff and Defendant entered on March 19, 2018. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 4/18/18

*Lucy H. Koh*

LUCY H. KOH
United States District Judge